# SHER ♦ MINNARD LLP

ATTORNEYS & COUNSELLORS AT LAW

THE GATEWAY CENTRE
1850 MT. DIABLO BLVD., SUITE 610
WALNUT CREEK, CA 94596

TEL (925) 906-0990
FAX (925) 906-0999
sherminnard.com

FILED

AUG 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

AUG 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

August 4, 2005

### Via Facsimile and U.S. Mail

Judge Magistrate James Larson
United States District Court
450 Golden Gate Avenue, Courtroom F (15th Floor)
San Francisco, CA 94102

Re:   **Coleman/McDonald v. Coldwell Banker First Shasta Realty, et al.
      Action No.: C03-3598  JL**

Dear Judge Magistrate Larson:

We are in receipt of Mr. Terbeek's letter to the court and supplemental evidence. To the
extent the court is minded to deny defendants' Motion for Summary Judgment based on
this submission, we request the opportunity to respond.

Thank you very much.

Very truly yours,

Carla V. Minnard
SHER♦MINNARD LLP

cc:   Marc L. TerBeek, Esq. (Via Facsimile)
      John A. Schwimmer, Esq. (Via Facsimile)
      Vernon C. Grigg, III, Esq. (Via Facsimile)

_10 days._

SO ORDERED

JAMES LARSON
U.S. MAGISTRATE JUDGE